# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00314-TCB
## USA v. Nathans
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 08/13/2018.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 10:55 A.M.    COURT REPORTER: Lori Burgess
TIME IN COURT: 00:20                DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Hubert Nathans Present at proceedings |
| ATTORNEY(S) PRESENT: | Regina Cannon representing Hubert Nathans<br>Nicholas Hartigan representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Waiver of Indictment; Guilty Plea and Plea Agreement; Notice of Sentencing |
| MINUTE TEXT: | Defendant sworn; signatures authenticated. Court questioned Dft thoroughly re his change of plea and finds that the guilty plea to the Information is knowingly, intelligently, and voluntarily made. Court accepts the plea and adjudges the Dft guilty. Sentencing set for November 13, 2018. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 11/13/18 at 10:30 a.m. in Courtroom 2106; |